No. 5319.—Sepúlveda, aplte., *v.* Gigliotty, apldo.—C. D. Ponce. Abril 13, 1931.

(Por la corte, a propuesta del Juez Asociado Sr. Aldrey.)

Por cuanto, examinados los autos de esta apelación y oí-

das las partes llegamos a la conclusión de que la resolución de la solicitud de la demandante para que se dejase sin efecto la sentencia que fué dictada en este caso descansa fundamentalmente en la apreciación que de la prueba presentada con ese fin hizo la corte inferior;

Por cuanto, la prueba en este caso fué claramente contradictoria, y estamos convencidos sin duda alguna de que ese conflicto fué resuelto muy acertadamente por la corte inferior en contra de la demandante-apelante, por lo que no cometió el quinto motivo de error alegado en este recurso;

Por cuanto, en vista de la conclusión anterior son improcedentes los motivos primero, tercero y cuarto de esta apelación, basados en los hechos declarados por la demandante, no creídos por la corte inferior;

Por cuanto, el segundo motivo fundado en que la corte inferior hizo manifestaciones en su resolución apelada de ser final la sentencia no es procedente porque a pesar de ella la corte resolvió la moción por sus méritos;

Por cuanto, tampoco es sostenible el sexto motivo consignado porque las palabras dichas por la corte inferior al practicarse la prueba de la moción cuya reclamación se apela no demuestran que tuviera prejuicio contra la demandante ni contra su abogado;

Por cuanto, como consecuencia de todo lo expuesto se imponía declarar sin lugar la moción de la demandante, por lo que la corte inferior no cometió el séptimo y último de los errores alegados por haber declarado sin lugar dicha moción,

Por tanto, debemos confirmar y confirmamos la resolución apelada.